THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. BURNS and<br>BRIAN D. BURNS,<br>24 Manor Road<br>Auburn, MA 01501<br><br>          Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

                        Respectfully submitted,

                        SHOOK, HARDY & BACON, L.L.P.

                        */s/ John Chadwick Coots*
                        Michelle R. Mangrum, D.C. Bar No. 473634
                        John Chadwick Coots, D.C. Bar No. 461979
                        Judith L. O'Grady, D.C. Bar No. 494290
                        SHOOK, HARDY & BACON, L.L.P.
                        600 14TH Street, N.W., Suite 800
                        Washington, DC  20005-2004

Phone: (202) 783-8400
Fax: (202) 783-4211

and

David W. Brooks
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri  64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

146464v1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 26th day of March, 2008, a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to counsel of record listed below.

Aaron M. Levine  
AARON M. LEVINE & ASSOCIATES  
1320 19th Street, NW, Suite 500  
Washington, DC  20036  
**Attorneys for Plaintiffs**

                                              */s/ John Chadwick Coots*  
                                          ATTORNEY FOR DEFENDANT  
                                          ELI LILLY AND COMPANY

146464v1