UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BARBARA J. BURNS, et al.,**<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**ELI LILLY & CO.,**<br><br>　　Defendant. | Civil Action No. 08-00517 (JDB) |

### ORDER

It is hereby **ORDERED** that this matter shall be referred to Magistrate Judge Kay for facilitation of settlement discussions.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date: March 31, 2008