UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. BURNS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>ELI LILLY & CO.,<br><br>　　　　Defendant. | Civil Action No.  08-00517 (JDB) |

## INITIAL SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held on this date, it is hereby **ORDERED** that the parties shall adhere to the following schedule:

1. The parties shall serve all discovery requests by not later than June 9, 2008.

2. The deadline for joinder of parties and amendment of pleadings is August 8, 2008.

3. Plaintiff's deadline for designation of expert witnesses and reports pursuant to Rule 26(a)(2) is September 8, 2008.  Defendant's deadline for designation of expert witnesses and reports pursuant to Rule 26(a)(2) is November 7, 2008.

4. Discovery shall close on January 6, 2009.

5. Dispositive motions shall be filed by not later than February 5, 2009.

6. A status conference is scheduled for January 7, 2009 at 9:00 a.m.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　/s/ John D. Bates
　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　United States District Judge

Date: May 9, 2008