CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. BURNS, et al. ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil Case Number 08-0517 (RCL) |
| ) | |
| ELI LILLY AND COMPANY ) | Category B |
| Defendant ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>August 21, 2008</u> from <u>Judge John D. Bates</u> to <u>Chief Judge Royce C. Lamberth</u> by direction of the Calendar Committee.

(Case transferred by consent.)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:  <u>Judge Bates</u> & Courtroom Deputy
<u>Chief Judge Lamberth</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk